In the Matter of the Claim of FRED C. KLAG, Appellant, against DRUG & CHEMICAL CLUB, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 28, 1953; decided July 14, 1953.

*Abraham Markhoff* for appellant.

*Herbert F. Hastings, Jr.,* and *Florence G. Mann* for Drug & Chemical Club, Inc., and another, respondents.

*Valentine A. Meehan, Leo D. Fitzgerald* and *Eugene T. O'Neill* for Equitable Life Assurance Society of the United States, respondent.

*Nathaniel L. Goldstein, Attorney-General (John J. Quinn, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order of the Appellate Division reversed, with costs in this court and in the Appellate Division, upon the dissenting memorandum in the Appellate Division, and matter remitted to the Workmen's Compensation Board for further proceedings in accordance with that memorandum. No opinion.

Concur: CONWAY, DESMOND, FULD and FROESSEL, JJ. LEWIS, Ch. J., DYE and VAN VOORHIS, JJ., dissent and vote to affirm.